IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: CHANG NEO,                              )
                                            )
Ocwen Loan Servicing, LLC as successor      )
in interest to OneWest Bank, FSB,           )
            Creditor,                       )
      vs.                                   )   CASE NO. 10B08868
                                            )   JUDGE Bruce W. Black
CHANG NEO,                                  )
            Debtor(s),                      )

### NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF CURE

Now comes Ocwen Loan Servicing, LLC as successor in interest to OneWest Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and respectfully moves this Court to allow it to withdraw its Response to Notice of Cure listed on this Court's docket as #4.

Respectfully Submitted,
Ocwen Loan Servicing, LLC as successor in interest to OneWest Bank, FSB

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

### PROOF OF SERVICE

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on November 26, 2013, with proper postage prepaid.

/s/Toni Dillon
ARDC#6289370
Pierce and Associates,
1 North Dearborn Street, Ste. 1300
Chicago, IL 60602
PA# 10-2066

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

**SERVICE LIST**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
CHANG NEO
124-A Bertram Drive
Yorkville, IL 60560
**by U.S. Mail**

To Attorney:
Chang & Carlin
1305 Remington Road, Suite C
Schaumburg, IL 60173
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA10-2066